IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:11-cv-00059-FL

SIRSI CORPORATION d/b/a )
SIRSIDYNIX, )
 )
      Plaintiff, )
 )
v. )
 )
CRAVEN-PAMLICO-CARTERET )
REGIONAL LIBRARY SYSTEM, )
 )
      Defendant. )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

SIRSI CORPORATION d/b/a SIRSIDYNIX, who is Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    Yes                **NO**

2. Does party have any parent corporations?

    **YES**                No

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

**DEWEY HOLDING COMPANY**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes                **NO**

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

   Yes        **NO**

   If yes, identify entity and nature of interest:

5. Is party a trade association?

   Yes        **NO**

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   **N/A**


This 15th day of April, 2011.

                                          **WOMBLE CARLYLE SANDRIDGE & RICE A**
                                          *Professional Limited Liability Company*

                                        By:   /s/ Robert T. Numbers II
                                                   ROBERT T. NUMBERS, II
                                                    (N.C. State Bar No. 34134)
                                                    150 Fayetteville Street, Suite 2100
                                                    Post Office Box 831
                                                    Raleigh, North Carolina 27602
                                                    (919) 755-2100
                                                    (919) 755-6067 (facsimile)
                                                    *Attorney for Plaintiff*